## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THOMAS AIELLOS, *et al.*, | : |
| Plaintiffs, | : Hon. William J. Martini |
|  | : Civil Action No. 09-3076 (WJM) |
| -vs- | : (*Lead Docket*) |
| CHIEF C. KENNETH ZISA, *et al.*, | : |
| Defendants. | : |
| ALLEN BORNTRAGER, *et al.*, | : |
| Plaintiffs, | : Hon. William J. Martini |
|  | : Civil Action No. 09-6495 (WJM) |
| -vs- | : (*Consolidated for Pretrial Purposes*) |
| CHIEF C. KENNETH ZISA, *et al.*, | : |
| Defendants. | : |
| JENNIFER FINLEY, *et al.*, | : |
| Plaintiffs, | : Hon. William J. Martini |
|  | : Civil Action No. 10-512 (WJM) |
| -vs- | : (*Consolidated for Pretrial Purposes*) |
| CHIEF C. KENNETH ZISA, *et al.*, | : |
| Defendants. | : |

|  |  |
|---|---|
| JOHN HERRMANN, *et al.*, | : |
| | : |
| Plaintiffs, | :   Hon. William J. Martini |
| | :   Civil Action No. 10-2349 (WJM) |
| -vs- | :   *(Consolidated for Pretrial Purposes)* |
| | : |
| CHIEF C. KENNETH ZISA, *et al.*, | : |
| | : |
| Defendants. | : |
| LAURA CAMPOS, *et al.*, | : |
| | : |
| Plaintiffs, | :   Hon. William J. Martini |
| | :   Civil Action No. 10-2568 (WJM) |
| -vs- | :   *(Consolidated for Pretrial Purposes)* |
| | : |
| CHIEF C. KENNETH ZISA, *et al.*, | : |
| | : |
| Defendants. | : |
| ANTHONY FERRAIOLI, *et al.*, | : |
| | : |
| Plaintiffs, | :   Hon. William J. Martini |
| | :   Civil Action No. 09-2663 (WJM) |
| -vs- | :   *(Consolidated for Pretrial Purposes)* |
| | : |
| CHIEF C. KENNETH ZISA, *et al.*, | : |
| | : |
| Defendants. | : |

**THESE MATTERS** having come before the Court for a case management conference on January 12, 2012; and the Court having heard the arguments of counsel with respect to Defendant Bergen County Prosecutor's Office's motion to quash and/or for protective order [Docket 10-2349; CM/ECF No. 57]; and the Court having carefully

considered the papers submitted in support of and in opposition to the motion; and for the reasons set forth on the record, which are incorporated herein at length; and for good cause shown;

**IT IS on this 18th day of January 2012,**

**ORDERED that:**

**1.** The Bergen County Prosecutor's motion to quash and/or for a protective order [Docket 10-2349; CM/ECF No. 57] is **GRANTED** in the following way. The December 10, 2010 Consent Order entered by the Undersigned in all of these consolidated actions [*e.g.*, Docket 10-2349; CM/ECF No. 81] is amended so that Paragraphs 1-5 now state the following:

Paragraph 1. In the matters of <u>Aiellos, et al. v. Chief C. Kenneth Zisa, et al.</u>, <u>Borntrager, et al v. Chief C. Kenneth Zisa, et al.</u>, <u>Finley, et al. v. Chief C. Kenneth Zisa, et al.</u>, <u>Campos, et al. v. Chief C. Kenneth Zisa, et al.</u>, and <u>Herrmann, et al. v. Chief C. Kenneth Zisa, et al.</u>, no party will seek discovery, including third-party discovery and/or asking questions at depositions, related to any specific criminal charges pending against any Defendants, including, but not limited to, C. Kenneth Zisa ("Zisa") and Danilo Garcia ("Garcia"); and it is further

Paragraph 2. ORDERED that in the above matters, no party will seek discovery, including third-party discovery and/or asking questions at depositions, related to the 2008 insurance fraud and 2004 theft incidents referred to in the <u>Campos</u> and <u>Herrmann</u> Complaints; and it is further

Paragraph 3. ORDERED that the above limitations do not bar any party from seeking discovery regarding these matters after the above-referenced criminal proceedings have been disposed of at the trial level; however, Defendants retain and reserve all rights to object to the

3

       disclosure of any discovery; and it is further

  Paragraph 4.  ORDERED that in the matter of <u>Ferraioli, et al v. City of Hackensack Police Department, et al.</u>, no party will seek discovery, including third-party discovery and/or asking questions at depositions, related to any criminal charges pending against any Defendants, including, but not limited to, C. Kenneth Zisa ("Zisa") and Danilo Garcia ("Garcia") or the 2008 insurance fraud and 2004 theft incidents referred to in the <u>Campos</u> and <u>Herrmann</u> Complaints; and it is further

  Paragraph 5.  ORDERED that the above limitations do not bar any party in the <u>Ferraioli</u> matter from seeking discovery regarding these matters after the above-referenced criminal proceedings have been disposed of at the trial level; however, Defendants retain and reserve all rights to object to the disclosure of any discovery;

**2.** The remainder of the December 10, 2010 Consent Order shall remain in full force and effect.

**SO ORDERED.**

              s/Mark Falk
              **MARK FALK**
              **United States Magistrate Judge**