```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
THOMAS AIELLOS, et al

        Plaintiffs,              2:09-cv-3076WJM

v.
                                 ORDER OF DISMISSAL
C. KENNETH ZISA, et al

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 30th day of September, 2013

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

s/William J. Martini

_____
WILLIAM J. MARTINI, U.S.D.J.